UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN R. ALEXANDER IRA, Individually And On Behalf Of All Others Similarly Situated, Plaintiff, | : : : : | |
| vs. | : : | Civil Action No. 3:04cv0280 (CFD) |
| ALLIANZ DRESDNER ASSET MANAGEMENT OF AMERICA L.P., et al., Defendants. | : : : : | |
| MICHAEL PHENICIE, Individually And On Behalf Of All Others Similarly Situated, Plaintiff, | : : : : | |
| vs. | : : | Civil Action No. 3:04cv0355 (CFD) |
| ALLIANZ DRESDNER ASSET MANAGEMENT OF AMERICA L.P., et al., Defendants. | : : : : | |
| JANET HALL, Individually And On Behalf Of All Others Similarly Situated, Plaintiff, | : : : : | |
| vs. | : : | Civil Action No. 3:04cv0683 (CFD) |
| ALLIANZ DRESDNER ASSET MANAGEMENT OF AMERICA L.P., et al., Defendants. | : : : : | |
| JOHN LAYTON, Individually And On Behalf Of All Others Similarly Situated, Plaintiff, | : : : : | |
| vs. | : | Civil Action No. 3:04cv0839 (CFD) |
| ALLIANZ DRESDNER ASSET MANAGEMENT OF AMERICA L.P., et al., Defendants. | : : : : | |

## CONSOLIDATION ORDER

WHEREAS, the above referenced actions allege violations of the Investment Company Act of 1940 (the "Investment Company Act"), the Investment Advisers Act of 1940 (the "Investment Advisers Act"), breaches of fiduciary duties and aiding and abetting breaches of fiduciary duties;

WHEREAS, actions pending in the same court involving common questions of law or fact may be consolidated under Fed. R. Civ. P. 42(a) and consolidation is appropriate and consistent with the recommendations of § 21.631 of the Manual for Complex Litigation (3d ed. 1995);

NOW, THEREFORE, THE COURT ORDERS as follows:

### I. THE ABOVE-ENTITLED ACTIONS SHALL BE CONSOLIDATED FOR ALL PURPOSES

The above-entitled actions (the "Actions") all assert class claims on behalf of classes of investors in mutual funds belonging to the Allianz Dresdner Asset Management of America L.P. ("ADAM of America") family of PIMCO mutual funds (the "PIMCO Funds"), and derivatively on behalf of the PIMCO Funds, against the PIMCO Funds investment advisers, their corporate parents and the PIMCO Funds trustees during class periods beginning February 17, 1999 and ending November 17, 2003 (the "Class Periods"). Consolidation is appropriate where there are actions involving common questions of law or fact.  Fed. R Civ. P. 42(a).  See Johnson v. Celotex Corp., 899 F.2d 1281, 1284 (2d Cir.), cert. denied, 498 U.S. 920 (1990). That test is met here and, accordingly, the Actions are consolidated.

## II. <u>CAPTION OF CASES</u>

Every pleading filed in these Actions shall bear the following caption:

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In re ALLIANZ DRESDNER MUTUAL | : | |
| FUNDS FEE LITIGATION | : | MASTER FILE: 04-cv-0280 (CFD) |
| _____ | : | |

When a pleading or other court paper filed in these Actions is intended to apply to all actions therein, the words "All Actions" shall appear immediately after the words "THIS DOCUMENT RELATES TO:" in the caption set out above. When a pleading or other court paper is intended to be applicable to less than all such actions, the party filing the document shall indicate, immediately after the words "THIS DOCUMENT RELATES TO:" the action(s) to which the document is intended to be applicable by last name of the plaintiff(s) and the docket number(s).

## III. <u>MASTER DOCKET</u>

A Master Docket is hereby established for the Action. Entries in said Master Docket shall be applicable to the Action, and entries shall be made therein in accordance with the regular procedures of the Clerk of this Court, except as modified by this Order.

When a pleading is filed and the caption, pursuant to this Order, shows that it is applicable to "All Actions" or to individual actions, the Clerk shall file such pleading in the Master File and note such filing in the Master Docket. No further copies need be filed or other docket entries made.

## IV. MASTER FILE

A Master File is hereby established for this proceeding in the Action. The Master File shall be Civil Action No. 04-cv-0280 (CFD). The original of this Order shall be filed by the Clerk in the Master File herein established.  The Clerk shall file a copy of this Order in each of the above-entitled actions. The Clerk shall mail a copy of this Order to counsel of record in each of the above-entitled actions.

## V. SCOPE OF ORDER

The terms of this Order shall not have the effect of making any person, firm, or entity a party to any action in which he, she, or it has not been named, served, or added as such in accordance with the Federal Rules of Procedure. The terms of this Order and the consolidation ordered herein shall not constitute a waiver by any party of any claims in or defenses to any action.

## VI. PRELIMINARY SCHEDULE OF PROCEEDINGS

(a) Plaintiffs' Co-Lead Counsel shall file an amended complaint within sixty (60) days of the date of the entry of the Consolidation Order, unless otherwise agreed by the parties.

(b) In the event any of the defendants files a motion, answer or other response directed at the amended complaint, the defendants shall serve their motion, answer or response, and brief in support thereof, within forty-five (45) days after service of such amended complaint.

(c) In the event any of the defendants files a motion, answer or other response directed at the amended complaint, the Co-Lead Counsel shall file any opposition to such motion within forty-five (45) days of service of such motion and defendants shall file their reply to such opposition within thirty (30) days of service of the opposition filed by Co-Lead Counsel.

(d)     The parties will further confer and propose to the Court a mutually agreeable schedule for briefing on issues related to class certification.

SO ORDERED this 8<u>th</u> day of July 2004, at Hartford, Connecticut.

     /s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**