# EXHIBIT A

## THE PIMCO FUNDS

PIMCO StocksPLUS Fund
PIMCO StocksPLUS Total Return Fund
PIMCO Short-Term Fund
PIMCO Low Duration Fund
PIMCO Short Duration Municipal Income Fund
PIMCO Money Market Fund
PIMCO Total Return Fund
PIMCO Long-Term U.S. Government Fund
PIMCO GNMA Fund
PIMCO Total Return Mortgage Fund
PIMCO Diversified Income Fund
PIMCO High Yield Fund
PIMCO Global Bond Fund II
PIMCO Foreign Bond Fund (U.S. Dollar Hedged)
PIMCO Foreign Bond Fund (Unhedged)
PIMCO Investment Grade Corporate Bond Fund
PIMCO Emerging Markets Bond Fund
PIMCO Municipal Bond Fund
PIMCO California Intermediate Muni Bond Fund
PIMCO California Muni Bond Fund
PIMCO New York Muni Bond Fund
PIMCO Real Return Fund
PIMCO Commodity Real Return Strategy Fund
PIMCO All Asset Fund
PIMCO Asset Allocation Fund
PIMCO International StocksPLUS TR Strategy Fund
PIMCO Real Estate Real Return Strategy Fund
PIMCO PEA Value Fund
PIMCO PEA Renaissance Fund
PIMCO PEA Growth And Income Fund
PIMCO PEA Growth Fund
PIMCO PEA Target Fund
PIMCO PEA Opportunity Fund
PIMCO PEA Innovation Fund
PIMCO NFJ Large-Cap Value Fund
PIMCO NFJ Dividend Value Fund
PIMCO NFJ Small-Cap Value Fund
PIMCO CCM Capital Appreciation Fund
PIMCO CCM Mid-Cap Fund
PIMCO RCM Large-Cap Growth Fund
PIMCO RCM Tax-Managed Growth Fund
PIMCO RCM Mid-Cap Fund
PIMCO RCM Global Small-Cap Fund
PIMCO RCM International Growth Equity Fund

PIMCO RCM Global Healthcare Fund
PIMCO RCM Biotechnology Fund
PIMCO RCM Global Technology Fund
PIMCO Asset Allocation Fund
PIMCO NACM Value Fund
PIMCO NACM Flex-Cap Value Fund
PIMCO NACM Growth Fund
PIMCO NACM Global Fund
PIMCO NACM International Fund
PIMCO NACM Pacific Rim Fund