UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re ALLIANZ DRESDNER MUTUAL FUNDS FEE LITIGATION | MASTER FILE: 04-cv-0280 (CFD) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | FEBRUARY 18, 2005 |

**ALLIANZ DEFENDANTS' MOTION TO DISMISS ALL COUNTS AS AGAINST THEM IN THE CONSOLIDATED AMENDED COMPLAINT**

Pursuant to Rules 12(b)(6), 9(b) and/or 23.1 of the Federal Rules of Civil Procedure, the defendants Allianz Global Investors of America L.P. (f/k/a Allianz Dresdner Asset Management of America L.P.), Allianz of America, Inc., Allianz Global Investors of America Holding Inc. (f/k/a Allianz Dresdner Asset Management of America Holding Inc.), PA Fund Management LLC, PEA Capital LLC, Nicholas-Applegate Capital Management LLC, RCM Global Investors LLC, Pacific Investment Management Company LLC, Cadence Capital Management LLC, NFJ Investment Group L.P., and PA Distributors LLC (all of the foregoing defendants collectively the "Allianz Defendants") hereby move to dismiss all Counts as against them in the Consolidated Amended Complaint (the "Complaint") with prejudice. In support of their Motion, the Allianz Defendants submit herewith a Joint Memorandum of Law ("Memorandum") and the supporting Declaration of John C. Ertman.

As described in detail in the accompanying Memorandum, there are multiple Counts asserted against each of the Allianz Defendants in the Complaint, and with respect to each Count, there are multiple grounds for dismissal. As set forth in the Memorandum, all of the

**ORAL ARGUMENT REQUESTED**

claims asserted in the Complaint against the Allianz Defendants should be dismissed in their entirety with prejudice because, among other things, either: (1) Plaintiffs have pleaded claims under statutes which do not provide for a private right of action or are inapplicable to Plaintiffs' allegations; (2) Plaintiffs' claims are derivative claims, not direct claims, for which Plaintiffs must first make a demand on the Trustees of the nominal defendant mutual funds that are the subject of this action and have inexcusably failed to do so; (3) Plaintiffs have failed to adequately plead predicate facts supporting their claims; (4) with respect to various state law claims asserted by Plaintiffs, Plaintiffs' claims are pre-empted by the Securities Litigation Uniform Standards Act; and/or (5) Plaintiffs lack standing to pursue claims with respect to the nominal defendant mutual funds of which they are not shareholders.

WHEREFORE, the Allianz Defendants respectfully move the Court for an Order dismissing all Counts in the Complaint as against them with prejudice.

By: _____
Charles W. Pieterse  CT 01577
John T. Shaban  CT 14075
WHITMAN BREED ABBOTT &
MORGAN LLC
100 Field Point Road
Greenwich, CT 06830-6451
Tel.: (203) 869-3800
Fax: (203) 869-2951

-and-

Harvey J. Wolkoff (pro hac vice)
Michael T. Marcucci (pro hac vice)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Tel.: (617) 951-7000
Fax: (617) 951-7050

John C. Ertman (pro hac vice)
ROPES & GRAY LLP
45 Rockefeller Plaza
New York, NY 10111
Tel.: (212) 841-5700
Fax: (212) 841-5725

Attorneys for defendants Allianz Global
Investors of America L.P. (f/k/a Allianz
Dresdner Asset Management of America L.P.),
Allianz of America, Inc., Allianz Global
Investors of America Holding Inc. (f/k/a
Allianz Dresdner Asset Management of
America Holding Inc.), PA Fund Management
LLC, PEA Capital LLC, Nicholas-Applegate
Capital Management LLC, RCM Global
Investors LLC, Pacific Investment
Management Company LLC, Cadence Capital
Management LLC, NFJ Investment Group
LLC, and PA Distributors LLC

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Allianz Defendants' Motion to Dismiss All Counts as Against Them in the Consolidated Amended Complaint was sent via first class mail, postage prepaid, this 18th day of February, 2005 to:

| | |
|---|---|
| Eric J. Belfi, Esq.<br>Murray Frank & Sailer<br>275 Madison Ave., Suite 801<br>New York, NY 10016 | Marshall N. Perkins, Esq.<br>Law Offices of Charles J. Piven, P.A.<br>The World Trade Center-Baltimore<br>401 Est Pratt St., Suite 2525<br>Baltimore, MD 21202 |
| Katherine Ann Burroughs, Esq.<br>Dechert Price & Rhoads<br>90 State House Square<br>Hartford, CT 06103 | Charles J. Piven, Esq.<br>Law Offices of Charles J. Piven, P.A.<br>The World Trade Center-Baltimore<br>401 East Pratt St., Suite 2525<br>Baltimore, MD 21202 |
| Brian C. Fournier, Esq.<br>Hurwitz Sagarin & Slossberg<br>147 North Broad St., PO Box 112<br>Milford, CT 06460-0112 | Michael R. Reese, Esq.<br>Milberg Weiss Bershad & Schulman – NY<br>One Pennsylvania Plaze, Suite 4915<br>New York, NY 10119-0165 |
| Patrick A. Klingman, Esq.<br>Shepard Finkelman Miller & Shah<br>1 Lewis St.<br>Hartford, CT 06103-2509 | J. Daniel Sagarin, Esq.<br>Hurwitz Sagarin & Slossberg<br>147 North Broad St., PO Box 112<br>Milford, CT 06460-0112 |
| Nancy A. Kulesa, Esq.<br>Schatz & Nobel-Htfd<br>One Corporate Center<br>20 Church St., Suite 1700<br>Hartford, CT 06103 | Steven G. Schulman, Esq.<br>Milberg Weiss Bershad & Schulman – NY<br>One Pennsylvania Plaze, Suite 4915<br>New York, NY 10119-0165 |
| Kim E. Levy, Esq.<br>Milberg Weiss Bershad & Schulman – NY<br>One Pennsylvania Plaza, Suite 4915<br>New York, NY 10119-0165 | David A. Slossberg, Esq.<br>Hurwitz Sagarin & Slossberg<br>147 North Broad St., PO Box 112<br>Milford, CT 06460-0112 |

| | |
|---|---|
| Brian P. Murray, Esq.<br>Murray Frank & Sailer<br>275 Madison Ave., Suite 801<br>New York, NY 10016 | Stuart D. Rosen, Esq.<br>Bingham McCutchen<br>One State Street<br>Hartford, CT 06103-3178 |
| David A. Kotler, Esq.<br>Dechert LLP - NJ<br>Princeton Pike Corporate Center<br>P.O. Box 5218<br>Princeton, NJ  08543-5218 | Robert J. Ward, Esq.<br>John M. Conlon, Esq.<br>Mayer Brown Rowe & Maw<br>1675 Broadway<br>New York, NY 10019-5820 |
| Arthur Newbold, Esq.<br>Dechert LLP - PA<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA  19103 | Janine L. Pollack, Esq.<br>Milberg Weiss Bershad & Schulman - NY<br>One Pennsylvania Plaza<br>Suite 4915<br>New York, NY  10119-0165 |
| Jules Brody, Esq.<br>Mark Levine, Esq.<br>Aaron Brody, Esq.<br>Stull, Stull & Brody<br>6 East 45th Street<br>New York, NY 10017 | Ian B. Bjorkman<br>Wigging and Dana LLP<br>One Century Tower<br>PO Box 1832<br>New Haven, CT 06508-1832 |

Charles W. Pieterse