UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN R. ALEXANDER<br>        Plaintiff<br>MICHAEL PHENICIE<br>JANET HALL<br>JOHN LAYTON<br>        Consol Plaintiffs<br>     v.<br><br>ALLIANZ DRESDNER ASST MGMT<br>OF AMERIC HOLDING INC, et al | CASE NO. 3:04CV280(CFD)<br><br>**MEMBERS CASES**<br>3:04CV355(CFD)<br>3:04CV683(CFD)<br>3:04CV839(CFD) |

### JUDGMENT

This action having come on for consideration of the defendants' Motions to Dismiss before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the motions and the full record of the case including applicable principles of law, and having filed its ruling granting the motions; it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 19th  day of September, 2007.


                                                            KEVIN F. ROWE, Clerk

                                                            By /s/ Devorah Johnson
                                                               Devorah Johnson
                                                               Deputy Clerk